IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ABDULHAKIM MUHAMMAD**                                                                      **PLAINTIFF**
**ADC #150550**

v.                                    Case No. 5:15-cv-130 KGB/PSH

**MARK WHEELER,** *et al.*                                                                   **DEFENDANTS**

## ORDER

Before the Court is counsel for plaintiff Abdulhakim Muhammad's application for approval of expenditure of out of pocket expenses under Local Rule 83.6 (Dkt. No. 94). Mr. Muhammad's counsel "requests approval for expenditure of out-of-pocket expenses under Local Rule 83.6 for a court reporter and transcripts of" a deposition that will occur on May 17, 2017 (*Id.*, at 1). The estimated costs and expenses for this requested expenditure total $1,747.50 (*Id.*, at 2).

Exhibit A to Local Rule 83.6 provides that:

> Before an attorney expends an amount above $500.00, for which that attorney intends to seek reimbursement from the fund, written approval must be obtained from a District Court Judge or a Magistrate Judge. Before any single expenditure from the fund in excess of $500.00 is authorized, or approval of a request by an attorney to expend in excess of $500.00, the District Court Judge or Magistrate Judge shall inquire of the Clerk of Court for each respective district as to the impact of that expenditure on the fund.

On May 11, 2017, this Court contacted the Clerk of the Court as to the impact the requested expenditure would have on the Court's Library Fund. After reviewing information submitted by the Clerk of the Court in response to the Court's inquiry, the Court approves counsel for Mr. Muhammad's requested expenditure.

So ordered this 12th day of May, 2017.

_____
Kristine G. Baker
United States District Judge