**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**ABDULHAKIM MUHAMMAD**                                                      **PLAINTIFF**
**ADC #150550**

**v.**                                    **Case No. 5:15-cv-00130 KGB/PSH**

**MARK WHEELER,** *et al.*                                                  **DEFENDANTS**

**JUDGMENT**

       Pursuant to the Order entered on this date, the Court enters judgment as follows:

       1.      Judgment is entered in favor of plaintiff Abdulhakim Muhammad on his claim of

violation of the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA"), 42

U.S.C. § 2000cc, *et seq.*;

       2.      Judgment is entered in favor of Mr. Muhammed on his claim of violation of the

Free Exercise Clause of the First Amendment to the United States Constitution; and

       3.      The Court orders the following injunctive relief as to Mr. Muhammad's religious

accommodation during his confinement at the Arkansas Department of Correction ("ADC"), in

accordance with the Order entered on this day and accompanying this Judgment:

       a.      Three or four days a week the ADC will provide Mr. Muhammad with one serving

       of fish the type currently purchased and served by the ADC;

       b.      For the remaining three or four days each week the ADC will provide Mr.

       Muhammad with one serving of beef, chicken, or turkey that is halal or kosher. The

       ADC shall be entitled to rely in good faith on a vendor's representation that meat

       is halal or kosher;

       c.      Mr. Muhammad's diet plan will be discontinued if at any time the parties consent

       to some other mutually agreeable diet plan.

So adjudged this 29th day of May, 2018.

Kristine G. Baker
United States District Judge