IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ABDULHAKIM MUHAMMAD, ADC #150550**                     **PLAINTIFF**

v.                  No. 5:15CV00130 KGB/PSH

**JOHN MARK WHEELER, et al.**                                      **DEFENDANTS**

### MOTION TO STAY DUE TO PENDING APPEAL

The Defendants, through counsel, state for their motion as follows:

In light of the pending appeal to the Eighth Circuit, the Defendants respectfully request that this Court stay briefing and decision on the Plaintiffs' request for attorney's fees.

1.  The Plaintiff has filed a motion for attorney's fees under 42 U.S.C. § 1988. Doc. 148.

2.  The Defendants previously filed a motion to extend time to respond to the motion for attorney's fees, which this Court granted. Doc. 151. The Defendant's response is currently due July 3, 2018. *Id.*

3.  After the Plaintiff filed his motion for attorney's fees the Defendants appealed this Court's order of injunctive relief and entry of judgment to the Eighth Circuit. Doc. 152.

4.  The Eighth Circuit has assumed jurisdiction over the appeal of this matter.

5.  The appeal presents significant legal issues for decision by the Eighth Circuit, and it is possible that that court could reverse or modify this Court's judgment and award of injunctive relief—which would materially impact the analysis of whether the Plaintiff is a prevailing party for purposes of awarding attorney's fees.

6.  Further, this Court's evaluating the Plaintiff's motion for attorney's fees will require a searching inquiry into the reasonableness of his large requested fee award. In light of the Defendants' appeal, conducting such an inquiry at this time would be an inefficient use of the Court's limited judicial resources. *Corey Airport Servs., Inc. v. City of Atlanta*, Case No. 1:04-CV-3243-CAP, 2011 WL 13216938, at *1 (N.D. Ga. Apr. 6, 2011).

7.  In light of the above, the Defendants respectfully request that the Court exercise its discretion under 42 U.S.C. § 1988 to stay briefing and decision on the Plaintiff's motion for attorney's fees during the pending appeal and until further orders from this Court.

Therefore, the Defendants respectfully request that the Court grant their motion to stay due to pending appeal.

        Respectfully submitted,

        LESLIE RUTLEDGE
        Attorney General

By:   */s/ Michael A. Cantrell*
      Michael A. Cantrell
      Ark. Bar No. 2012287
      Assistant Solicitor General
      ARKANSAS ATTORNEY GENERAL'S OFFICE
      323 Center Street, Suite 200
      Little Rock, AR 72201
      Ph:   (501) 682-2401
      Fax:  (501) 682-2591
      Email: Michael.Cantrell@ArkansasAG.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I, Michael A. Cantrell, hereby certify that on June 29, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification to all counsel of record.

                                                  */s/ Michael A. Cantrell*
                                                  Michael A. Cantrell