IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ABDULHAKIM MUHAMMAD                                                    PLAINTIFF
ADC #150550

v.                      Case No. 5:15-cv-00130-KGB-PSH

JOSHUA MAYFIELD, *et al.*                                              DEFENDANTS

## ORDER

On August 13, 2019, the Court of Appeals for the Eighth Circuit entered an opinion and judgment reversing the judgment of this Court and remanding with instructions to dismiss without prejudice the case (Dkt. Nos. 167, 168). In accordance with the August 13, 2019, opinion and judgment, and pursuant to Federal Rule of Appellate Procedure 41(a), the formal mandate in this case issued on September 3, 2019 (Dkt. No. 169). Accordingly, the Court dismisses without prejudice the case. The Court also denies as moot plaintiff Abdulhakim Muhammad's motion for attorney fees (Dkt. No. 148).

It is so ordered this 5th day of September, 2019.

_____
Kristine G. Baker
United States District Judge