IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ABDULHAKIM MUHAMMAD                                                               PLAINTIFF
ADC #150550

v.                         Case No. 5:15-cv-00130-KGB-PSH

JOSHUA MAYFIELD, *et al.*                                                        DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this action is dismissed without prejudice.

It is so adjudged this 5th day of September, 2019.

                                                                    _____
                                                                    Kristine G. Baker
                                                                    United States District Judge