IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ABDULHAKIM MUHAMMAD, ADC# 150550           PLAINTIFF

v.          Case No. 5:15CV00130-KGB-PSH

JOHN MARK WHEELER, ET AL.          DEFENDANTS

### APPLICATION FOR APPROVAL OF EXPENDITURE OF OUT-OF-POCKET EXPENSES UNDER LOCAL RULE 83.6

The below undersigned, counsel for Plaintiff Abdulhakim Muhammad, states:

1. Counsel was appointed under Title 28, United States Code, and Section 1915 and Local Rule 83.7 (Dkt. No. 76.)

2. The Court has previously approved out-of-pocket expenses in connection with its representation of Plaintiff in the instant case. (Dkts. #95, 108, 131.)

3. Counsel has incurred the following additional out-of-pocket expenses in this matter:

| | |
|---|---:|
| **Copying and scanning** | |
|     Copying 09/20/17 – 06/11/18 | $376.20 |
|     Scanning 09/20/17 – 06/11/18 | $11.40 |
| **Legal research** | |
|     PACER charges | $12.80 |
|     Legal research from Westlaw | $40.86 |
| **Postage** | <u>$9.58</u> |
| **TOTAL:** | **$450.84** |

4.     Counsel respectfully requests reimbursement for expenditure of out-of-pocket expenses under Local Rule 83.6 in the total amount of $450.84, as detailed above.

Dated September 23, 2019.

                                    Respectfully submitted,

                                    KUTAK ROCK LLP

By:   /s/ Jess Askew III
        Jess Askew III, Ark. Bar No. 86005
        Frederick H. Davis, Ark. Bar No. 2012271
        124 West Capitol Avenue, Suite 2000
        Little Rock, Arkansas 72201-3706
        (501) 975-3000 Telephone
        (501) 975-3001 Facsimile
        jess.askew@kutakrock.com
        frederick.davis@kutakrock.com

*Attorneys for Abdulhakim Muhammad*

CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2019, I filed this document with the Clerk of Court through the Court's CM/ECF system which will serve a true and correct copy of the foregoing by electronic notification to all other parties through their counsel of record as follows:

Patrick Hollingsworth
Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, Arkansas 72201
patrick.hollingsworth@arkansasag.gov
*Attorney for Defendants*

I, Jess Askew III, hereby certify that on the September 23, 2019, I mailed the foregoing via U.S. Mail to the following non–CM/ECF participant:

Abdulhakim Muhammad, ADC# 150550
East Arkansas Regional Unit Max
P.O. Box 970
Marianna, AR 72360

/s/ Jess Askew III
Jess Askew III